# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-1624 FFM | Date | September 18, 2017 |
|---|---|---|---|
| Title | UNITED AFRICAN-ASIAN ABILITIES CLUB, et al. v. 11018 Moorpark Associates, et al., | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause in writing no later than September 28, 2017, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of proofs of service of summons and the complaint on all defendants, along with a request for entry of default of such defendants, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | jm |